■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO FELIX, Appellant. [631 NYS2d 517] —Judgment, Supreme Court, New York County (Michael Obus, J.), rendered June 9, 1993, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him to concurrent terms of $4^1/2$ to 9 years, unanimously affirmed.

Viewed in a light most favorable to the People, the trial testimony of the detectives who participated in the buy-and-bust operation that resulted in defendant's arrest establish defendant's guilt beyond a reasonable doubt (*People v Malizia*, 62 NY2d 755, *cert denied* 469 US 932). The inconsistencies in their testimony were minor and properly placed before the jury whose evaluation and resolution of same cannot be held to be "manifestly erroneous" (*People v Corporan*, 169 AD2d 643). Concur—Murphy, P. J., Rosenberger, Williams and Mazzarelli, JJ.